1  Tammy Hussin (Bar No. 155290)
2  *Of Counsel*
   Lemberg & Associates LLC
3  6404 Merlin Drive
4  Carlsbad, CA 92011
   Telephone (855) 301-2100 ext. 5514
5  thussin@lemberglaw.com
6
   Lemberg & Associates LLC
7  A Connecticut Law Firm
   1100 Summer Street
8  Stamford, CT  06905
   Telephone:  (203) 653-2250
9  Facsimile:  (203) 653-3424
10

11 Attorneys for Plaintiff,
   Oscar Ruiz
12

13
14                      UNITED STATES DISTRICT COURT
15                      NORTHERN DISTRICT OF CALIFORNIA
16

17 | Oscar Ruiz, | Case No.: CV11-02630 PSG |
18 |            Plaintiff, | **VOLUNTARY WITHDRAWAL** |
19 |  |  |
20 | vs. |  |
21 | Consumer Portfolio Services, Inc.; and |  |
22 | DOES 1-10, inclusive, |  |
23 |            Defendants. |  |

24
25
26
27
28

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Oscar Ruiz ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: */s/   Tammy Hussin*
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Oscar Ruiz

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 23, 2011, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on September 23, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants Consumer Portfolio Services, Inc.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 23, 2011.

          By:  */s/  Tammy Hussin*
          Tammy Hussin  *Of Counsel*
          Lemberg & Associates, LLC
          Attorney for Plaintiff, Oscar Ruiz

4

CV11-02630 PSG                             VOLUNTARY WITHDRAWAL